# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DELTA FAUCET COMPANY, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) |
| | ) CASE NO. 1:17-CV-1222-SEB-DML |
| v. | ) |
| | ) |
| KOHLER CO., | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

## ORDER

The Court has considered Delta Faucet Company and Kohler Co.'s Joint Motion to Sever Claims Related to U.S. Patent No. 9,487,937 (the "Motion").

The Motion is hereby GRANTED.

The Court severs all claims relating to U.S. Patent No. 9,487,937 and directs the Clerk of the Court to assign a new case number to the severed portion based upon this Order, listing Kohler Co. as Plaintiff and Delta Faucet Company as Defendant, and docketing a copy of this Order as the first entry.   Kohler Co. is ordered to pay the filing fee of $400.00 within two business days following the notification of the newly assigned case number.

Dated: 8/25/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*Service of this Order will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.*